

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **LENNETTE GAIL THOMAS,** § | |
| *Plaintiff,* § | |
| § | |
| **v.** § | **CIVIL ACTION NO: 1:06-CV-834** |
| § | |
| **TEXAS DEPARTMENT OF** § | |
| **PROTECTIVE & REGULATORY** § | |
| **SERVICES,** § | |
| *Defendant.* § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. The Defendant's *Motion for Summary Judgment* [Clerk's doc. #25] is pending before the Court.

On May 13, 2008, Judge Giblin issued a *Report and Recommendation* on the motion for summary judgment. He recommended that the Court grant the Defendant's motion and enter judgment in favor of the Defendant.

The parties have not filed objections to the magistrate judge's report. In accordance with 28 U.S.C. § 636, the Court has reviewed the magistrate judge's findings, the record, and the applicable

law in this proceeding. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted and summary judgment should be granted.

The Court **ORDERS** that the *Report and Recommendation* [Clerk's doc. #36] on the motion for summary judgment is **ADOPTED.** The Court **GRANTS** the Defendant's *Motion for Summary Judgment* [Clerk's doc. #25]. The Court will separately enter final judgment in favor of the Defendant.

So **ORDERED** and **SIGNED** this **5** day of **June, 2008.**

_____
Ron Clark, United States District Judge